<b>IN THE UNITED STATES DISTRICT COURT</b><br><b>FOR THE DISTRICT OF MARYLAND</b>

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ELISEO ALEXANDER LOPEZ ALVAREZ,**<br>    aka 10, Zorro, Terrible,<br>**JOSUE ANIBAL GUERRA RAMOS,**<br>    aka Flaco,<br>**OLVIN JOSUE POSAS ALVARENGA,**<br>    aka Elevado,<br>**KEVIN CUESTAS,**<br>    aka Mickey, Gemelo,<br><br>**Defendants.** | **CRIMINAL NO. ELH-25-087** |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland and James O'Donohue, Assistant United States Attorney for said District, moves this Honorable Court to unseal the filed Indictment in this case. The Government filed a motion to seal the indictment initially and an order was signed sealing the indictment. The defendants are all in law enforcement custody, and there is no further need to seal the indictment.

Respectfully Submitted,

Kelly O. Hayes
United States Attorney

_____
James O'Donohue
Assistant United States Attorney

*Digitally signed by JAMES O'DONOHUE*
*Date: 2025.07.11 10:30:08 -04'00'*

1