# United States District Court
## District Of Maryland

Chambers of  
**Ellen Lipton Hollander**  
District Court Judge

101 West Lombard Street  
Baltimore, Maryland 21201  
410-962-0742

September 24, 2025

James O'Donohue, Esquire  
DOJ, Assistant United States Attorney

    Re:    *United States of America v. Guerra Ramos, et al.*  
           Criminal No.:  ELH-25-0087

Dear Mr. O'Donohue:

    In reviewing the docket sheet for this case, I note that each defendant has had an initial appearance. Therefore, I ask the government to provide the Court with a status report, due by **October 3, 2025**.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                          Sincerely,

                                          /s/  
                                        Ellen Lipton Hollander  
                                        United States District Judge