

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*James O'Donohue & Kenneth S. Clark*  *Suite 400*  MAIN: 410-209-4800
*Assistant United States Attorneys*  *36 S. Charles Street*
  *Baltimore, MD 21201-3119*

October 3, 2025

**<u>Via ECF</u>**
Hon. Ellen Lipton Hollander
United States District Judge

    Re:    Status Report in *United States v. Eliseo Alexander Lopez Alvarez, Josue Anibal Guerra Ramos, Olvin Josue Posas Alvarenga, and Kevin Cuestas*
            Criminal No. ELH-25-87

Dear Judge Hollander:

    We write to provide an update in this case. By way of background, the Defendants were charged in a superseding indictment with RICO Conspiracy (18 U.S.C. § 1962(d)).[1] ECF 1. Each of the four Defendants has had his initial appearance. ECF 47, 51, 56, 64.

    The Government has been working expeditiously to compile discovery for a large production to the Defendants.[2] Each Defendant provided the government with at least one hard drive on which to upload discovery. The Government is nearly completed uploading an initial production to these hard drives, which will consist of approximately 250,000 pages of documents and approximately 1.7 terabytes of data. The Government is in the final stages of uploading this voluminous amount of data onto each hard drive so it can be easily reviewed by counsels and anticipates completing this process within the next week.

    On July 28, 2025, the Court signed an order excluding time pursuant to the Speedy Trial Act as to all four Defendants through October 25, 2025. ECF 68. The Government anticipates requesting an extension of such tolling and will file a motion and proposed order to that effect.

    Please let us know if any additional information would be helpful for the Court.

                                                      Very truly yours,

                                                      James O'Donohue
                                                      Kenneth S. Clark
                                                      Assistant United States Attorneys

---

[1] The superseding indictment also charges Josue Anibal Guerra Ramos with violating 18 U.S.C. § 922(g)(5)(A) (Possession of Ammunition by a Prohibited Person) – the charge on the original indictment.
[2] The Government believes this production will constitute the majority of discovery in this case.

CC: Charles Burnham, Esq.
    Paul D. Hazlehurst, Esq.
    Christopher Carles Nieto, Esq.
    Teresa Whalen, Esq.
    C. Justin Brown, Esq.
    Michael E. Lawlor, Esq.
    David J. Walsh-Little, Esq.
    Gerald C. Ruter, Esq.

CC: Charles Burnham, Esq.
    Paul D. Hazlehurst, Esq.
    Christopher Carles Nieto, Esq.
    Teresa Whalen, Esq.
    C. Justin Brown, Esq.
    Michael E. Lawlor, Esq.
    David J. Walsh-Little, Esq.
    Gerald C. Ruter, Esq.