**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA

    v.

ELISEO ALEXANDER LOPEZ ALVAREZ,
    aka 10, Zorro, Terrible,
JOSUE ANIBAL GUERRA RAMOS,
    aka Flaco,
OLVIN JOSUE POSAS ALVARENGA,
    aka Elevado,
KEVIN CUESTAS,
    aka Mickey, Gemelo,
MIGUEL RIVA SALVADOR,
    aka Canabe,
MANUEL ALEXANDER LARA MORALES,
    aka 23, Snappy,

        Defendants.

**CRIMINAL NO. ELH-25-87**

## ORDER

Upon consideration of the Government's Consent to Exclude Time Pursuant to the Speedy

Trial Act (STA), the Court finds as follows:

A second superseding indictment was recently unsealed, adding two new Defendants to the

indictment: Manuel Alexander Lara Morales and Miguel Riva Salvador. The Government is

coordinating with counsel for each of these two new Defendants to facilitate the production of a

very voluminous discovery package for their review. As such, the parties believe that tolling

speedy trial time from **January 16, 2026** through **January 27, 2026** would be beneficial for the

parties. Such tolling would serve the ends of justice because it would allow the Defendants time

to begin receiving and reviewing the significant amount of discovery that exists in this case.

Counsels for Manuel Alexander Lara Morales and Miguel Riva Salvador consent to the

Government's motion.

The circumstances of this case permit such a delay and an exclusion of time during this period. Periods of delay that extend the time within which trial should commence include delays granted by the Court on the basis of a finding that the *ends of justice* served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court makes such an *ends of justice* finding here.

Therefore, it is hereby **ORDERED** pursuant to 18 U.S.C. § 3161(h), that the period of **January 16, 2026** through **January 27, 2026** as to Defendants Manuel Alexander Lara Morales and Miguel Riva Salvador shall be excluded from STA computation.

1/16/26

Honorable Ellen Lipton Hollander
United States District Judge

6