

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

James G. O'Donohue III
*Assistant United States Attorney*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4985*
*MAIN: 410-209-4800*

April 9, 2026

**VIA ECF**

The Honorable Ellen L. Hollander
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

  Re: Government Status Report - *United States v. Josue Anibal Guerra Ramos, et al.*
    Crim. No. ELH-25-87

Dear Judge Hollander:

  We write to provide the Court with a status update in the above-referenced matter. The government has received authorization from the Attorney General ***not*** to seek the death penalty in the above matter. In addition, the Government is continuing to provide defense counsels in this case with multiple very large discovery productions, amassing several terabytes of data thus far.

  The current order tolling time pursuant to the Speedy Trial Act ("STA") expires on April 27, 2026. ECF 102. In light of the status of the case, the Government anticipates submitting an additional motion to toll pursuant to the STA at that time.

  Of course, please do not hesitate to contact us with any questions or concerns.

         Respectfully submitted,
         Kelly O. Hayes
         United States Attorney

    By:    /s/
         James G. O'Donohue III
         Kenneth S. Clark
         Assistant United States Attorneys

cc: All counsel of record (via ECF)